UNITED STATES of America,
Plaintiff–Appellee

v.

Jessica Nicole SMITH, Defendant–Appellant.

No. 14–10420
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Denise Bridges Williams, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Monica F. Markley, Federal Public Defender's Office, Fort Worth, TX, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Jessica Nicole Smith, Houston, TX, pro se.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Jessica Nicole Smith has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Smith has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.